1    K. DOUGLAS ATKINSON, ESQ., CAL. SBN 264790
ATKINSON & ASSOCIATES
2    710 Central Avenue
San Francisco, CA 94117
3    Telephone: (415) 793-7819
Facsimile:  (415) 440-7819
4    doug@accidentlawsf.com

5    Attorneys for Plaintiff BEVERLY GREEN

6    COLIN SCHRECK, ESQ., CAL. SBN 246284
EDWARD GAUS, ESQ. CAL. SBN 289561
7    MICHAEL J. CAPPO, ESQ., *Pro Hac Vice*
SHOOK HARDY & BACON, L.L.P.
8    One Montgomery Street, Suite 2700
San Francisco, CA 94104-4505
9    Telephone: (415) 544-1900
Facsimile: (415) 391-0281
10   cschreck@shb.com
egaus@shb.com
11   mcappo@shb.com
12

13   Attorneys for Defendant ADT, LLC

14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17   BEVERLY GREEN,             Case No.: 3:16-CV-02227-LB

18           Plaintiff,        **STIPULATION AND ORDER TO**
**CONTINUE BRIEFING SCHEDULE FOR**
19       v.                  **DEFENDANT ADT'S MOTION TO**
**DISMISS PLAINTIFF'S FIRST**
20                               **AMENDED COMPLAINT**
ADT, LLC and DOES 1 through 25,
21   inclusive,

22          Defendants.      Filed:  October 23, 2015 (Alameda
Superior Court Case No. RG15791080)
23

24

25         COMES NOW THE PARTIES TO THIS CASE AND STIPULATE AS FOLLOWS:

26 The parties, by and through their counsel of record, stipulate that the briefing schedule

27 as to Defendant ADT, LLC's Motion to Dismiss Plaintiff's First Amended Complaint

28 shall be as follows: Plaintiff's Opposition to Defendant's Motion shall be filed by the

-1-

1    date of August 17th, 2016.  Defendant's Reply to Plaintiff's Opposition shall be filed by

2    the date of August 24th, 2016.  This briefing schedule complies with this Court's Order

3    dated August 2, 2016, stating that briefing shall be completed at least two weeks prior

4    to the hearing on Defendant's Motion, which is now set for September 22, 2016, at

5    9:30am in Courtroom C, 15th Floor.

6

7    Dated: _____    Signed electronically:  *K. Douglas Atkinson*

8

9                                       Counsel for Plaintiff BEVERLY GREEN
                                        K. Douglas Atkinson, Esq.
10

11

12                                      _____

13

14   Dated: _____    Signed electronically:  *Michael J. Cappo*

15

16                                      Counsel for Defendant ADT, LLC
                                        Colin Schreck, Esq.
17                                      Edward Gaus, Esq.
                                        Michael Cappo, Esq.
18

19

20                                      _____

21                                      **ORDER**

22
     IT IS SO ORDERED.
23
     Dated:  August 3, 2016
24
     _____      _____
25
                                        Honorable Laurel Beeler
26
                                        UNITED STATES DISTRICT/MAGISTRATE
27                                      JUDGE

28

-2-

STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE